UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Petitioner,

vs.

COREY L. GEARHEARDT,

    Respondent.

Case No. 3:18-cv-249

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS (DOC. 5) AND TERMINATING THIS CASE ON THE COURT'S DOCKET**

This is a civil case in which the Government has petitioned the Court to enforce a summons issued by the Internal Revenue Service ("IRS") and served upon Respondent. Doc. 1. The Government moves to dismiss this action because Respondent has now complied with the IRS summons at issue. Doc. 5. For good cause shown, Petitioner's motion to dismiss is **GRANTED** and this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

Date: 9-10-18

Walter H. Rice
United States District Judge